# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>David Lopez-Velasquez,<br>a.k.a. Rey David Lopez-Velazquez,<br>a.k.a. Jose Medina-Ochoa<br>(A087 683 519)<br>*Defendant* | )<br>)<br>) Case No. 17-583MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 17, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

David Lopez-Velasquez, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Nogales, Arizona, on or about February 24, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  *CEB* Charles E. Bailey P.S. for AUSA Sheila Phillips

☒ Continued on the attached sheet.

*Complainant's signature*
Ian C. Pope
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 20, 2017

*Judge's signature*

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Ian C. Pope, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 17, 2017, Border Patrol Agent D. Knittel encountered an individual near Casa Grande, in the District of Arizona. He identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as David Lopez-Velasquez, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Lopez-Velasquez was transported to the Casa Grande Border Patrol Station for further processing. Lopez-Velasquez was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed David Lopez-Velasquez to be a citizen of Mexico and a previously deported criminal alien. Lopez-Velasquez was removed from the United States to Mexico, at or near Nogales, Arizona, on or about February 24, 2017, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of David Lopez-Velasquez in any Department of Homeland

1

Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez-Velasquez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that David Lopez-Velasquez was convicted of Re-entry of Removed Alien, a felony offense, on January 9, 2017, in the United States District Court, District of Arizona. Lopez-Velasquez was sentenced to five (5) months, imprisonment and three (3) years, supervised release. Lopez-Velasquez's criminal history was matched to him by electronic fingerprint comparison.

5. On November 17, 2017, David Lopez-Velasquez was advised of his constitutional rights. Lopez-Velasquez freely and willingly acknowledged his rights and did not agree to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 17, 2017, David Lopez-Velasquez, an alien, was found in the United States of America, at or near Casa Grande, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about February 24, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security

to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

_____
Ian C. Pope
U.S. Border Patrol Agent

Sworn to and subscribed before me
this 20th day of November, 2017.

_____
Michelle H. Burns
United States Magistrate Judge